UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Judgment Creditor,<br><br>v.<br><br>PYOTR BLAVATNIK and ZLATA BLAVATNIK,<br><br>    Judgment Debtor,<br><br>and<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>    Garnishee. | 11 CR 0120 (DLC)<br><br>**WRIT OF GARNISHMENT** |

TO: New York Life Insurance Company
   51 Madison Avenue
   New York, NY 10010

An application for a writ of garnishment against the property of judgment debtors PYOTR BLAVATNIK and ZLATA BLAVATNIK, whose last known address is in Warminster, Pennsylvania, has been filed with this Court. The Court entered judgment against PYOTR BLAVATNIK on May 24, 2013 in the amount of $718,209.00 and ZLATA BLAVATNIK on April 15, 2014 in the amount of $1,925,200.00. As of February 11, 2025, PYOTR's unpaid balance is $421,194.06, and ZLATA's unpaid balance is $1,941,436.25.

You are required by law to withhold and retain any property in which PYOTR BLAVATNIK and/or ZLATA BLAVATNIK has a substantial nonexempt interest and for which you have or may become indebted to either of them pending further order. You are required by law to file a written answer, under oath, within 10 days of service of this writ stating whether or not you have in your custody, control or possession, any property belonging or owed to either

judgment debtor, including but not limited to nonexempt mutual funds, securities, and life insurance. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this writ is listed in the enclosed Clerk's Notice.

You must file the original answer to this writ with the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520, and send a copy of your Answer to PYOTR BLAVATNIK and ZLATA BLAVATNIK and the United States Attorney's Office, 86 Chambers Street, New York, New York 10007, Attn: Financial Litigation Program. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience. Please note that your answer will be publicly filed and redact account number(s) accordingly.

If you fail to answer or withhold property in accordance with this writ, the United States of America may petition the Court for an order directing you to appear before the Court to show good cause why you failed to comply with the writ. If you fail to appear or do appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the judgment debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to PYOTR BLAVATNIK and/or ZLATA BLAVATNIK any items attached by this writ. Do not deliver the property to the Clerk of Court yet. Instead, withhold and retain the property until the Court enters an order directing the disposition of the property.

Dated: New York, New York
~~February 11, 2025~~
2/12/25

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

Writ of Garnishment – Page 2